IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| S.S. BODY ARMOR I, INC., ET AL | : | Case No. 10-11255 (CSS) |
| | : | BAP No. 18-11 |
| Debtors. | : | |
| CARTER LEDYARD & MILBURN LLP, | : | C.A. No. 18-349 GMS |
| Appellant, | : | |
| v. | : | |
| S.S. BODY ARMOR I, INC., ET AL | : | |
| Appellees. | : | |
| CARTER LEDYARD & MILBURN LLP, | : | C.A. No. 18-634 GMS |
| | : | BAP No. 18-20 |
| Appellant, | : | |
| v. | : | |
| S.S. BODY ARMOR I, INC., ET AL | : | |

## ORDER

At Wilmington this 5th day of July, 2018, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court (D.I. 9 in 18-349; D.I. 14 in 18-634);

IT IS ORDERED that the recommendation is adopted and the parties are directed to submit a proposed briefing schedule to the court no later than **August 6, 2018.**

UNITED STATES DISTRICT JUDGE